# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| NICOLE ZENTNER AND ANDREW KIVETT, | : | No. 106 MAL 2022 |
| | : | |
| Respondents | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| BRENNER CAR CREDIT, LLC AND PAXTON SECURITIES CO., | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 20th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.